JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,<br><br>Plaintiffs,<br><br>v.<br><br>A.G.F. CONSTRUCTION, INC., an Alaska corporation; and RICHARD RAY MORRISON, an individual, | CASE NO.: CV13-5815 GAF (PLAx)<br><br>ASSIGNED TO THE HONORABLE GARY A. FEESS<br><br>**JUDGMENT** |

- 1 -
JUDGMENT

LA13CV05815GAF-J JS6.docx

This action having been commenced on August 9, 2013, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al., and against defendant, AGF Construction, Inc. and Richard Ray Morrison, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Plaintiffs TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND shall recover from defendants A.G.F. CONSTRUCTION, INC., an Alaska corporation; and RICHARD RAY MORRISON, an individual, the principal amount of $175,819.26, plus-judgment interest thereon at the statutory rate, until the judgment is paid in full.

Dated: June 10, 2014

_____
UNITED STATES DISTRICT JUDGE

**JS-6**

- 2 -
JUDGMENT
LA13CV05815GAF-J JS6.docx