J. PAUL MOORHEAD (SBN 240029)
pmoorhead@bushgottlieb.com
ADRIAN R. BUTLER (SBN 332191)
abutler@bushgottlieb.com
BUSH GOTTLIEB, A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

Attorneys for Trustees of the Southern California
Pipe Trades Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,<br><br>       Plaintiff,<br><br>  vs.<br><br>A.G.F. CONSTRUCTION, INC., an Alaska Corporation; and RICHARD RAY MORRISON, an individual,<br><br>       Defendant. | **Case No. CV13-5815 GAF (PLAx)**<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>*Cal. Code Civ. Proc. §§ 683.110 - 683.220; Fed R. Civ. Proc. 69* |

899970v1 11157-31025

On June 10, 2014, judgment was entered in this matter in favor of Plaintiffs / Judgment Creditors, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund (collectively, the "Trustees") and against Defendants / Judgment Debtors A.G.F. Construction, Inc. ("AGF") and Richard Ray Morrison ("Richard Morrison"), jointly and severally, for "$175,819.26, plus-judgment interest thereon at the statutory rate, until the judgment is paid in full."

On July 28, 2014, the Trustees recorded with the Ventura County Clerk and Recorder an Abstract of Judgment, which is identified as Instrument Number 20140728-00093481-0 1/3.

NOW, upon application for renewal of judgment by the Trustees, and upon declaration showing that the judgment has not been vacated, reversed, or satisfied, the judgment against AGF and Richard Morrison is renewed in the amount of $121,798.34 as follows:

| | |
|---|---:|
| Judgment: | $175,819.26 |
| Costs after Judgment: | $0.00 |
| Post-Judgment Interest (6/10/2014 to 8/18/23 at 0.1%) | $1,294.13 |
| Less Credits: | -$55,315.05 |
| Total Renewed Judgment | $121,798.34 |

Dated: 9/12/2023

*Sharon Hall Brown*

Clerk, United States District Court